**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re:

| | | |
|---|---|---|
| HEALTH RISK MANAGEMENT, INC. | Bky | 01-43354 |
| HRM CLAIM MANAGEMENT, INC. | Bky | 01-43355 |
| INSTITUTE FOR QUALITY HEALTHCARE, INC. | Bky | 01-43356 |
| HEALTH BENEFIT REINSURANCE, INC. | Bky | 01-43357 |

Debtors — Chapter 7 Cases

---

Loop Corp., Leon Greenblatt,
Lola, LLC, Repurchase Corp.,
Leslie Jabine,, Teletec Systems, Inc.
Chiplease, Inc. and
Banco Panamericano,

CIV # 02-793-ADM

Appellants,

v.

Habbo G. Fokkena, United States Trustee,
and
the Official Committee of Unsecured Creditors,

Appellees.

---

ORDER FOR SUBSTITUTION

---

On the 22nd day of May, 2002, the Application for Entry of an Order for Substitution by the United States Trustee came before the undersigned. Based upon the Application and under Federal Bankruptcy Rule 7025 and Federal Rule of Civil Procedure 7025(d)(1), IT IS HEREBY ORDERED:

Habbo G. Fokkena, in his official capacity as United States Trustee for the District of Minnesota, shall be substituted for and shall replace Barbara G. Stuart as a named appellee in this

FILED 5-22-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

case.

The caption in this appeal shall hereinafter appear in the manner set forth above.

Ann D. Montgomery
United States District Court