**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re:

Health Risk Management, Inc., Bky 01-43354
HRM Claim Management, Inc., Bky 01-43355
Institute for Healthcare Quality, Inc., Bky 01-43356
Health Benefit Reinsurance, Inc., Bky 01-43357
f/k/a Health Benefit Reinsurance of Michigan, Inc.,

Debtors.

Loop Corp., Leon Greenblatt, Nola, LLC., Repurchase Corp., Leslie Jabine, Teletech Systems, Inc., Chiplease, Inc., and Banco Panamericano,

Appellants. Civil No. 02-793 ADM

v.

**STIPULATION AND ORDER**

United States Trustee & Committee of Unsecured Creditors,

Appellees.

**BACKGROUND**

1. Pursuant to the Stipulation and Order dated April 26, 2002, Appellants' Brief in the above matter is due to be filed and served on May 30, 2002.

2. Counsel for Appellants and Appellees have mutually agreed to an additional thirty days for Appellants to serve and file its Brief.

WHEREFORE, in consideration of the foregoing facts, the parties hereby stipulate and agree to the following:

1. Appellants shall serve and file its brief on or before June 30, 2002; and

2. Appellees shall serve and file their briefs on or before July 30, 2002.

MAY 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 28, 2002

Respectfully submitted,

Robert Fishman, Esq. (IL. ARDC#3124316)
Brian L. Shaw, Esq. (IL. ARDC # 6216834)
SHAW GUSSIS FISHMAN GLANTZ &
WOLFSON, LLC
1144 West Fulton, Suite 200
Chicago, IL 60607
(312) 541-0151

and

RAVICH MEYER KIRKMAN
McGRATH & NAUMAN,
A PROFESSIONAL ASSOCIATION

By /s/ Michael McGrath
Michael F. McGrath, #168610
Michael L. Meyer, #72527
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR APPELLANTS

Dated: May 28, 2002

HABBO G. FOKKENA
UNITED STATES TRUSTEE
REGION 12

By /s/ Michael R. Fadlovich
Michael R. Fadlovich, #158410
United States Trustee's Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5505

ATTORNEYS FOR APPELLEE,
UNITED STATES TRUSTEE

Dated: April ____, 2002

Nancy Peterman, Esq.

Dated: ~~April~~ May 29, 2002

Nancy Peterman, Esq.
GREENBERG TRAURIG, PC
77 West Wacker, Suite 2500
Chicago, IL 60601
(312) 456-8400

and

MOSS & BARNETT
A PROFESSIONAL ASSOCIATION

By ____________________
James A. Rubenstein, #94080
4800 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
(612) 347-0300

**ORDER**

The above Stipulation is approved.

BY THE COURT:

Dated: May 30, 2002

____________________
Ann D. Montgomery
Judge of District Court

F:\TRACY\WPDATA\40931\1\APPEAL\EXTENSION-STIP.ORD.DOC

## *Featured Speakers Include:*

**District of Minnesota**

Judge David S. Doty

Judge Donovan W. Frank

Judge Paul A. Magnuson

Judge Ann D. Montgomery

Judge John R. Tunheim

Chief Magistrate Judge Jonathan Lebedoff

Magistrate Judge Arthur J. Boylan

**United States Bankruptcy Court**
**District of Minnesota**

Judge Robert J. Kressel

Application Pending for 7.5 CLE Credits including
2 Ethics and 1 Bias Credit

The Minnesota Chapter of the Federal Bar Association
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

MINNESOTA CHAPTER OF
THE FEDERAL BAR
ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

June 19, 2002
8:00 am—5:15 pm

Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** *Judge Ann D. Montgomery* |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | **Current Issues in Employment Law,** *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | **Lunch (Room 211)** |

### 11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; **Response by the Department of Justice --** *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** *Martin A. Cole (Lawyers Professional Responsibility Office)* |

### *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ____________________

Firm/Employer ____________________

Address ____________________

____________________

Phone ____________________

E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building