**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re:

Health Risk Management, Inc., Bky 01-43354
HRM Claim Management, Inc., Bky 01-43355
Institute for Healthcare Quality, Inc., Bky 01-43356
Health Benefit Reinsurance, Inc., Bky 01-43357
f/k/a Health Benefit Reinsurance of Michigan, Inc.,

Debtors.

Loop Corp., Leon Greenblatt, Nola, LLC., Repurchase Corp., Leslie Jabine, Teletech Systems, Inc., Chiplease, Inc., and Banco Panamericano, Appellants. Civil No. 02-793 ADM

v.

**STIPULATION AND ORDER**

United States Trustee & Committee of Unsecured Creditors, Appellees.

**BACKGROUND**

1. Pursuant to the Stipulation and Order dated April 26, 2002, Appellants' Brief in the above matter is due to be filed and served on June 30,2002.

2. Counsel for Appellants and Appellees have mutually agreed to an additional thirty days for Appellants to serve and file its Brief.

WHEREFORE, in consideration of the foregoing facts, the parties hereby stipulate and agree to the following:

1. Appellants shall serve and file its brief on or before July 31, 2002; and

2. Appellees shall serve and file their briefs on or before August 30, 2002.

JUL [illegible] 200[illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

06/28/02 13:37 FAX 6126645516 US TRUSTEE MPLS 003
06/28/02 14:11 FAX 612 332 8302 RMKM&N 003

Dated: June 28 2002

Respectfully submitted,

Robert Fishman, Esq. (IL. ARDC#3124316)
Brian L. Shaw, Esq. (IL. ARDC # 6216834)
SHAW GUSSIS FISHMAN GLANTZ &
WOLFSON, LLC
1144 West Fulton, Suite 200
Chicago, IL 60607
(312) 541-0151

and

RAVICH MEYER KIRKMAN
McGRATH & NAUMAN,
A PROFESSIONAL ASSOCIATION

By ______________________
Michael F. McGrath, #168610
Michael L. Meyer, #72527
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR APPELLANTS

Dated: June 28, 2002

HABBO G. FOKKENA
UNITED STATES TRUSTEE
REGION 12

By ______________________
Michael R. Fadlovich, #158410
United States Trustee's Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5505

ATTORNEYS FOR APPELLEE,
UNITED STATES TRUSTEE

Dated: June ___, 2002

Respectfully submitted,

Robert Fishman, Esq. (IL. ARDC#3124316)
Brian L. Shaw, Esq. (IL. ARDC # 6216834)
SHAW GUSSIS FISHMAN GLANTZ &
WOLFSON, LLC
1144 West Fulton, Suite 200
Chicago, IL 60607
(312) 541-0151

and

RAVICH MEYER KIRKMAN
McGRATH & NAUMAN,
A PROFESSIONAL ASSOCIATION

By______________________________
Michael F. McGrath, #168610
Michael L. Meyer, #72527
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR APPELLANTS

Dated: June 28, 2002

HABBO G. FOKKENA
UNITED STATES TRUSTEE
REGION 12

By______________________________
Michael R. Fadlovich, #158410
United States Trustee's Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5505

ATTORNEYS FOR APPELLEE,
UNITED STATES TRUSTEE

Dated: June ___, 2002

Nancy Peterman, Esq.
GREENBERG TRAURIG, PC
77 West Wacker, Suite 2500
Chicago, IL 60601
(312) 456-8400

and

MOSS & BARNETT
A PROFESSIONAL ASSOCIATION

By ______________________
James A. Rubenstein, #94080
4800 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
(612) 347-0300

**ORDER**

The above Stipulation is approved.

BY THE COURT:

Dated: ~~June~~ July 3, 2002

______________________
Ann D. Montgomery
Judge of District Court

F:\TRACY\WPDATA\40931\1\APPEAL\EXTENSION-STIP2.ORD.DOC