UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Health Risk Management, Inc. | Bky 01-43354 |
| HRM Claim Management, Inc. | Bky 01-43355 |
| Institute for Healthcare Quality, Inc. | Bky 01-43356 |
| Health Benefit Reinsurance, Inc. f/k/a Health Benefit Reinsurance of Michigan, Inc. | Bky 0143357 |

Debtors.

Loop Corp, Leon GreenBlatt
Nola, LLC., Repurchase Corp.,
Leslie Jabine, Teletech Systems, Inc.
Chiplease, Inc. and Banco Panamericano,

Civil No. 02-793 ADM

Appellants.

v.

United States Trustee &
Committee of Unsecured Creditors,

Appellees.

**STIPULATION AND ORDER**

## BACKGROUND

1. Pursuant to the prior Stipulations and Orders, in the above entitled appeal, the Appellants' Brief in the above matter was due to be filed and served no later than July 31, 2002. Appellants' have met that deadline.

2. Counsel for Appellants and Appellees have mutually agreed to an additional thirty days for the U.S. Trustee, as Appellee to serve and file his Brief.

WHEREFORE, in consideration of the foregoing facts, the parties hereby stipulate and agree to the following:

1. Appellees shall serve and file briefs on or before September 30, 2002.

AUG 2 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 26, 2002

Respectfully submitted,

Robert Fishman, Esq. (IL.ARDC#3124316)
Brian L. Shaw, Esq (IL. ARDC# 6216834)
Shaw, Gussis, Fishman, Glantz & Wolfson
1144 West Fulton, Suite 200
Chicago, IL 60607
(312) 541-0151

and

Ravich, Meyer, Kirkman, McGrath
& Nauman, A Professional Association

By: ______________________
Michael F. McGrath, #168610
Michael L. Meyer, #72527
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR APPELLANTS

Dated: August 23, 2002

Respectfully submitted,

Habbo G. Fokkena
United States Trustee
Region 12

By: ______________________
Michael R. Fadlovich
Trial Attorney
MN Atty I.D. No. 158410
U.S. Trustee's Office
300 South Fourth St., #1015
Minneapolis, MN 55415
(612) 664-5500

ATTORNEYS FOR APPELLEE,
UNITED STATES TRUSTEE

**ORDER**

The above Stipulation is approved.

BY THE COURT:

Dated: August 28, 2002

Ann D. Montgomery
Judge of District Court