**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re:

Health Risk Management, Inc., Bky 01-43354
HRM Claim Management, Inc., Bky 01-43355
Institute for Healthcare Quality, Inc., Bky 01-43356
Health Benefit Reinsurance, Inc., Bky 01-43357
f/k/a Health Benefit Reinsurance of Michigan, Inc.,

Debtors.

Loop Corp., Leon Greenblatt, Nola, LLC., Repurchase Corp., Leslie Jabine, Teletech Systems, Inc., Chiplease, Inc., and Banco Panamericano, Appellants. Civil No. 02-793 ADM

v.

**STIPULATION AND ORDER**

United States Trustee & Committee of Unsecured Creditors, Appellees.

## BACKGROUND

1. Pursuant to the prior Stipulations and Order in the above entitled appeal, the Appellees' Brief in the above matter was due to be filed and served by September 30, 2002. Appellees have met that deadline.

2. Counsel for Appellants and Appellees have mutually agreed to an extension of time for Appellants to serve and file its Reply Brief.

WHEREFORE, in consideration of the foregoing facts, the parties hereby stipulate and agree to the following:

1. Appellants shall serve and file its reply brief on or before November 15, 2002.

OCT 2 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 16, 2002

Respectfully submitted,

Robert Fishman, Esq. (IL. ARDC#3124316)
Brian L. Shaw, Esq. (IL. ARDC # 6216834)
SHAW GUSSIS FISHMAN GLANTZ &
WOLFSON, LLC
1144 West Fulton, Suite 200
Chicago, IL 60607
(312) 541-0151

and

RAVICH MEYER KIRKMAN
McGRATH & NAUMAN,
A PROFESSIONAL ASSOCIATION

By___________________________
Michael F. McGrath, #168610
Michael L. Meyer, #72527
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR APPELLANTS

Dated: October ____, 2002

HABBO G. FOKKENA
UNITED STATES TRUSTEE
REGION 12

By___________________________
Michael R. Fadlovich, #158410
United States Trustee's Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5505

ATTORNEYS FOR APPELLEE,
UNITED STATES TRUSTEE

Dated: October ___, 2002

Respectfully submitted,

Robert Fishman, Esq. (IL. ARDC#3124316)
Brian L. Shaw, Esq. (IL. ARDC # 6216834)
SHAW GUSSIS FISHMAN GLANTZ & WOLFSON, LLC
1144 West Fulton, Suite 200
Chicago, IL 60607
(312) 541-0151

and

RAVICH MEYER KIRKMAN McGRATH & NAUMAN, A PROFESSIONAL ASSOCIATION

By
Michael F. McGrath, #168610
Michael L. Meyer, #72527
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR APPELLANTS

Dated: October 17, 2002

HABBO G. FOKKENA
UNITED STATES TRUSTEE
REGION 12

By
Michael R. Fadlovich, #158410
United States Trustee's Office
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5505

Dated: October 18, 2002

Nancy Peterman, Esq.
GREENBERG TRAURIG, PC
77 West Wacker, Suite 2500
Chicago, IL 60601
(312) 456-8400

and

MOSS & BARNETT
A PROFESSIONAL ASSOCIATION

By______________________________
James A. Rubenstein, #94080
Cass S. Weil, #115228
4800 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
(612) 347-0300

**ORDER**

The above Stipulation is approved.

BY THE COURT:

Dated: October 21, 2002

______________________________
Ann D. Montgomery
Judge of District Court

F:\TRACY\WPDATA\40931\1\APPEAL\EXTENSION-STIP5.ORD.DOC

+++++++