AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Loop Corp, Leon Greenblatt, Nola LLC, Repurchase Corp., Leslie Jabine, Teletech Systems, Inc., Chiplease, Inc., and Banco Panamericano

V.

US Trustee and Committee of Unsecured Creditors

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-793 ADM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Appellants' appeal is DENIED, and
2. The March 13, 2002 order of Bankruptcy Judge Robert J,. Kressel [Docket No. 1, Doc. 2; Bky 01-43354 Docket No 296] is AFFIRMED.

February 6, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Mary Kaye Conery, Deputy Clerk