02-793ADM

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-1786

| | | |
|---|---|---|
| Loop Corp.; Leon Greenblatt; Nola, LLC; Repurchase Corp.; Leslie Jabine; Teletech Systems, Inc.; Chiplease, Inc.; Banco Panamericano, | * | Appeal from the United States District Court for the District of Minnesota |
| Creditors - Appellants, | * | |
| v. | * | |
| United States Trusteee; Committee of Unsecured Creditors, | * | |
| Movants Below - Appellees. | * | |

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

August 16, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

SCANNED
SEP 17 2004
U.S. DISTRICT COURT MPLS

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans