1836960

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
NOV 22 2004
MICHAEL GANS
CLERK OF COURT

November 18, 2004

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

02-CV-793 ADM

Re: Loop Corp., et al.
v. United States Trustee
No. 04-664
(Your No. 03-1786)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 15, 2004 and placed on the docket November 18, 2004 as No. 04-664.

Sincerely,

**William K. Suter**, Clerk

by

Gail Johnson
Case Analyst

RECEIVED
NOV 22 2004
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

November 23, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-1786 Loop Corp. vs. U.S. Trustee

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dmh

Enclosure

District Court/Agency Case Number(s): CIV 02-793 ADM