859411

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

FILED
JAN 18 2005
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

January 10, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Loop Corp., et al.
v. United States Trustee
No. 04-664
(Your No. 03-1786)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
JAN 18 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JAN 27 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

MEMORANDUM

TO: Mr. Richard Sletten, Clerk

FROM: Michael E. Gans, Clerk of Court

DATE: January 25, 2005

RE: 03-1786 Loop Corp. vs. U.S. Trustee

Supreme Court No.: 04-664
District Court/Agency Case Number(s): CIV 02-793 ADM

RECEIVED BY U.S. MAIL
2005 JAN 27 AM 9:26
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

(5403-010199)
dmh